UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MONDAY MAY 4,2009
~~CASE NO:CV00-2786 PA(CW)~~

STEVEN ARONLD ROSE
H-18765 A1-217
CSP-LAC
PO BOX 8457
LANCASTER,CA 93539-8457

```
FILED
CLERK, U.S. DISTRICT COURT
MAY 1 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

U.S. DISTRICT COURT
DEPUTY CLERK
NLONGORI


DEAR HONORABLE JUDGE CARLA WOEHRLE

   I dont if there is a proper legal way to address this court with what I have to say, but I sure pray that you'll consider this when you write your report and recommendation on my case.

   This hole thing has been such a tragedy, I loved my wife and my daughter your honor, my wife spiral downward losing our daughter then ending her life in 2001 of a drug overdose. Over what I believe was the guilt the court made her feel after they trick and deceived her into being a part of this ridiculous 29 years to life for what amounted to a potential misdemeanor, when she wanted know part of it. Then my daughter gets put in a foster home thats not bad enought, poor little innocent girl gets raped at 4 years old by a 16 year old boy at the foster house she was at. I recently just found this out. Jessica guardian rana leavell told my friend peg greenberg, theres the letter your honor, I received from peg, rana sounds like she's not sure she can handle jessica for another 5 years, your honor I dont want jessica to end up in these place's. she needs me your honor, if there is just the slightest doubt I didn't get a far trial, Im sure your aware that case's like mine or not getting prosecuted the same as they were when I went through the court system, I think they realized that the public didn't vote in the 3 strikes law to give people life for nonviolent feloney It was suppose to be for the worst of the worst, like the child predator that raped my little girl and the rapist. Myself I was just trying to be a father to my daughter, and a husband, we had a argument that brought all this on. I know my past opened that door to this life sentence but my god, what is right is right and what is wrong is wrong. I stop doing crime when I got out in 1994, when we decided to have jessica. If you look at my record since I was incarcerated in 1997 you'll find that Ive been disciplinary free since 2000. I have certificates of completion in NA,AA, parenting class, I participated in a subtance abuse program as a mentor in training, S.A.P. was the program. Ive been in a few vocational trades, office services, where I learned how to type. Thank you for your time and consideration.

                                                      Sincerely
                                                      Steven A Rose

The Best Dad!!! Steve Rose...
Dear Daddy

I hope this is still where you live. If Not I'm sorry. I'm looking for my Daddy.
    Steve Rose

If this is it's your daughter Jessica Lee Rose. I miss you alot..
Well I'm almost grown up.
I'm 13yrs old, Im in the 7th grade.
life isn't good without you or mommy.
oh ya mommy died when I was 6.
Ever since I got your letters I cry cause your to good to be where you are.
I have no idea how you look. cuz I never saw you. or remember.
Well I Don't want ~~you~~ me to bring you down. So How has your life been?
Also If this is the right person. DAd Mail me BACK ASAP... I'm hopeing, crying, praying this is you. I love wearing your earings. I also have all the cards you made me. There in my Binder. Showing off what a amazing Dad you are!!!!
Well I gotta go.. Oh I also play softball I'm good at it. I also like fixing things its fun.

Sunday, April 26th

Hello my dear friend,

Got your letter.....I can't find out about your friends check without more info....I'm sending the print out from the website so you can see what I need. Send me yours again too, it's not here yet.

Okay, now I have to tell you something that I'd rather not have to tell you but you need to know. So, it seems that Jessica isn't as sweet and level headed as she has led me to believe. Rana called me at 11:00 on Friday night and wanted to know if I had spoken with Jess recently. She snuck out and apparently this isn't the first time. Rana said that she has been a huge problem for 7 years.....she lies all the time, sneaks out, runs away and recently was caught with alcohol in school. Rana said that she's taken her to therapy and to psychiatrists and that she's on psych meds because she was a drug baby and is ADHD and bi-polar. I talked to Rana for about an hour and everything she was saying took me back 18 years....it sounded like Jenni all over again but at 13 instead of 15. I'm so sorry! I'm sending you a copy of a letter I emailed to Jess....maybe you can continue on with some of the things I told her.

Did you know that she was raped at age 4 by a 16 year old in the same foster home? And that she was in a really good foster home where they adored her and wanted to keep her but Pam drove them so crazy with her phone calls that they gave her back to CPS? The poor kid has had quite a life already and is probably feeling pretty unwanted and unloved.....Rana does the best she can but Jess was screwed up when she got her so it's been a battle all along. Did you also know that Rana is 65? She told me that she's too old to do this and that she certainly can't do it for 5 more years. She's also hoping that you'll get out so that you can help with Jess......Oh, and by the way, what Jess told me about Christina was a lie. She doesn't do drugs Rana said she's a great kid.

Sorry for the bad news.....maybe we can help get this little girl set straight.....

Love ya



# COUNTY OF LOS ANGELES
## DEPARTMENT OF CHILDREN AND FAMILY SERVICES

ANITA M.
BOCK
Director

PLEASE ADDRESS REPLY TO:
Address: 425 Shatto Place
Los Angeles, CA 90020

MAY 2, 2000

Mr. Steven A. Rose
CDC#H18765   D4-122-U
California State Prison – Lancaster
44750 60th Street West
Lancaster, CA 93536-7619

Dear Mr. Rose,

I received your letter and appreciate the accurate information regarding your health history.

Jessica has been placed for adoption with Rana. I've talked to Jessica's social worker and have relayed your request for a recent photograph of Jessica and Christina. She will talk to Rana about it and we'll see what we can do. However, it is ultimately Rana's decision whether or not to provide a photograph or other correspondence. I have forwarded everything you have sent to me to Jessica and Christina via Rana, so I can only assume that they have received everything. I don't think that Jessica is reading yet, but she can write her name.

I need to inform you that since Jessica has been adopted, I will no longer be involved in her case. You can forward future correspondence to our Post Adoption Services Unit at: 695 S. Vermont Avenue, Los Angeles, CA 90005.

I wish you the best in the future.

Sincerely yours,

Rorie Hirsch
Children's Social Worker
(818) 755-5799