1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   STEVEN ARNOLD ROSE,              )     No. CV 00-2786-PA(CW)
                                      )
13            Petitioner,             )     ORDER ACCEPTING REPORT AND
                                      )     RECOMMENDATION OF UNITED STATES
14        v.                          )     MAGISTRATE JUDGE
                                      )
15   ERNIE C. ROE, Warden,            )
                                      )
16            Respondent.             )
     ─────────────────────────────────)
17

18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19   entire record in this action, as well as the Report and Recommendation

20   of the United States Magistrate Judge and objections thereto.

21

22        **IT IS ORDERED**: (1) that the Report and Recommendation of the

23   United States Magistrate Judge be accepted; and (2) that judgment be

24   entered denying the petition and dismissing this action with

25   prejudice.

26

27

28

                                      1

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be

2  served on the parties.

3

4  DATED:   January 13, 2011

5

6  _____

7                                    PERCY ANDERSON
                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2