**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVEN ARNOLD ROSE, | ) | No. CV 00-2786-PA(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ERNIE C. ROE, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: January 13, 2011

                                              PERCY ANDERSON
                                   United States District Judge